UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THOMAS P. DUNN,

                      Plaintiff,

-against-

DEUTSHCE BANK NATIONAL TRUST COMPANY AS TRUSTEE et al.,

                      Defendants.
------------------------------------------------------------------X

Case No: 15-cv-00809(DNH) (TWD)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Gillian Brown in the above-captioned action.

The undersigned is admitted to practice in this Court.

Dated: July 30, 2015
        Plainview, New York

ROSICKI, ROSICKI & ASSOCIATES, P.C.

_____
Andrew Morganstern, Esq. (515467)
*Attorneys for Defendant*
Gillian Brown
51 East Bethpage Road
Plainview, New York 11803
(516) 741-2585, Ext. 121
Amorganstern@rosicki.com