# ROSICKI, ROSICKI & ASSOCIATES, P.C.

### ATTORNEYS AT LAW
**Plainview Office 51 East Bethpage Road**
**Plainview, NY 11803**
*Telephone 516-741-2585 x121*
*amorganstern@rosicki.com*

July 30, 2015

Honorable David N. Hurd
United States District Court, Northern District of New York
Alexander Federal Building
10 Broad Street
Utica, New York 13501

      RE: Thomas P. Dunn vs. Deutsche Bank National Trust, as Trustee, et al.
      Docket No. 15-cv-00809-DNH-TWD

Dear Judge Hurd:

This law firm represents defendant Gillian Brown in the above referenced matter.

In a letter dated July 17, 2015, Defendant Bank of America, N. A., for itself and as a successor by merger to BAC Home Loans Servicing, LP ( "BANA") requested that the Court stay BANA's tine to answer, make a motion with respect to, or otherwise respond to Plaintiff's complaint until a date twenty-one (21) days after entry of an Order by Your Honor determining whether to adopt the July 10, 2015 Order and Report-Recommendation of Magistrate Judge Dancks. We hereby join in BANA's request that Gillian Brown's time to respond to Plaintiff's complaint likewise be stayed until a date twenty-one (21) days after entry of an Order determining whether to adopt the Report-Recommendation.

This is the first request for this relief. Plaintiff has not filed an affidavit of service upon Ms. Brown.

Very truly yours,

ROSICKI, ROSICKI & ASSOCIATES, P.C.

Andrew Morganstern

c: Thomas P. Dunn, pro-se Plaintiff (via First Class U.S. Mail)
    Counsel of Record ( Via ECF)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THOMAS P. DUNN,

                                 Plaintiff,        Case No: 15-cv-00809 (DNH) (TWD)

             -against-

                                               **AFFIDAVIT OF MAILING**

DEUTSHCE BANK NATIONAL TRUST
COMPANY AS TRUSTEE, et al.,

                                Defendants.
-----------------------------------------------------------------------X
STATE OF NEW YORK   )
                        ) ss.:
COUNTY OF NASSAU   )

Saldana Ruban, being duly sworn, deposes and says:

That I am not a party to the action, am over the age of 18 years and reside in Suffolk County, New York.

That on July 30, 2015, I served the within **Notice of Appearance and letter motion requesting extension to Answer** by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

     Thomas Dunn a/k/a Thomas P. Dunn
     Pro-Se Plaintiff
     7085 Lakeshore Road
     Cicero, NY 13039

                                                   Saldana Ruban

Sworn to before me on this
30th day of July, 2015

_____
Notary Public

Aiman Koujak
Notary Public - State of New York
No. 01KO6239070
Qualified in Nassau County
My Commission Expires 4/18/2019